# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBERT MCCORMICK

VERSUS

UNITED SERVICES AUTOMOBILE
ASSOCIATION

NO. 2020 CW 1189

**FEB 1 8 2021**

In Re: LTC. Robert McCormick (Ret.), applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 77971.

BEFORE: **WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT GRANTED.** The provisions of the Louisiana Code of Civil Procedure are not to be construed as an end in themselves and should be construed liberally so as to implement the substantive law. La. Code Civ. P. art. 5051. Thus, amendment of the pleadings should be liberally allowed, providing the movant is acting in good faith, the amendment is not sought as a delaying tactic, the opponent will not be unduly prejudiced, and the trial will not be unduly delayed. **Rainey v. Entergy Gulf States, Inc.,** 2001-2414 (La. App. 1st Cir. 11/8/02), 840 So.2d 586, 589-90, on rehearing, 2001-2414 (La. App. 1st Cir. 6/25/04), 885 So.2d 1193. Herein, plaintiff/relator, LTC. Robert McCormick's (Ret.) ("McCormick"), proposed amended petition does not add any new party or claim; the crux of the lawsuit remains the fault of two colliding tortfeasors and whether the damage to McCormick exceeds their available insurance coverage. Additionally, as the Louisiana Supreme Court recently issued a moratorium on civil jury trials, McCormick's amended petition would not unduly delay trial. Accordingly, the district court's November 17, 2020 judgment, denying McCormick's Motion to Amend Original Petition for Damages is reversed. McCormick is granted leave to file his First Supplemental and Amending Petition with the district court.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_a.s.~~_

DEPUTY CLERK OF COURT
FOR THE COURT